**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6997**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

JOSEPH E. PURCELL, JR.,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-94-320-JFM, CR-94-396-JFM, CA-97-1258-JFM)

———————

Submitted:  November 18, 1997      Decided:  December 9, 1997

———————

Before WILLIAMS and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph E. Purcell, Jr., Appellant Pro Se.  Robert Reeves Harding,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Purcell, Nos. CR-94-320-JFM; CR-94-396-JFM; CA-97-1258-JFM (D. Md. July 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED